IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Simpson, Joseph W | Case Number: 08 B 00662 |
| | Judge: Hollis, Pamela S |
| Printed: 01/13/09 | Filed: 1/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 1, 2008
Confirmed: March 31, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,698.34 | |
| Secured: | | 522.94 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 175.40 |
| Other Funds: | | 0.00 |
| Totals: | 2,698.34 | 2,698.34 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chad M Hayward | Administrative | 2,000.00 | 2,000.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Villa Capprell Condo Association | Secured | 7,860.20 | 151.38 |
| 4. | Chase Home Finance | Secured | 19,293.29 | 371.56 |
| 5. | Villa Capprell Condo Association | Unsecured | 0.00 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 83.97 | 0.00 |
| 7. | Wells Fargo Financial Illinois Inc | Unsecured | 41.40 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 567.79 | 0.00 |
| 9. | Midwest Physician Group | Unsecured | 25.60 | 0.00 |
| 10. | ACMC Physicians Services | Unsecured | 12.00 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 533.74 | 0.00 |
| 12. | Firstsource Advantage LLC | Unsecured | | No Claim Filed |
| 13. | Citi Cards | Unsecured | | No Claim Filed |
| 14. | ICS | Unsecured | | No Claim Filed |
| 15. | Plaza Associates | Unsecured | | No Claim Filed |
| 16. | NAFS | Unsecured | | No Claim Filed |
| | | | $ 30,417.99 | $ 2,522.94 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 175.40 |
| | $ 175.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Simpson, Joseph W

Printed: 01/13/09

Case Number:  08 B 00662
Judge:  Hollis, Pamela S
Filed:  1/11/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

